JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOI HARPER,<br><br>                Plaintiff,<br><br>     v.<br><br>A. RAMIREZ, ET AL.,<br><br>               Defendants. | Case No. SA CV 15-00662 JAK (AFM)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: January 27, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE